**DISMISS; and Opinion Filed March 13, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01302-CV

**TRA TELLIGMAN, TRUSTEE OF THE TRA TELLIGMAN
FAMILY IRREVOCABLE TRUST, Appellant**

**V.**

**ROSCOE F. "TREY" WHITE, III, WHITE VENTURES ENERGY, LLC,
TRI-PROPERTIES, LTD., WE HEREFORD LTD., WE HEREFORD, LLC
D/B/A WHITE ENERGY HEREFORD, INC., WHITE ENERGY, INC.,
AND WHITE ENERGY PARTNERS, LLC, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-13-04301-B**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lang-Miers

Before the Court is appellant's March 10, 2014 motion to dismiss the appeal. Appellant

has informed the Court that he no longer wishes to pursue this appeal. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131302F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRA TELLIGMAN, TRUSTEE OF THE
TRA TELLIGMAN FAMILY
IRREVOCABLE TRUST, Appellant

No. 05-13-01302-CV     V.

ROSCOE F. "TREY" WHITE, III,
WHITE VENTURES ENERGY, LLC,
TRI-PROPERTIES, LTD., WE HEREFORD
LTD., WE HEREFORD, LLC D/B/A
WHITE ENERGY HEREFORD, INC.,
WHITE ENERGY, INC., AND WHITE
ENERGY PARTNERS, LLC, Appellees

On Appeal from the County Court at
Law No. 2, Dallas County, Texas.
Trial Court Cause No. CC-13-04301-B.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, ROSCOE F. "TREY" WHITE, III, WHITE VENTURES ENERGY, LLC, TRI-PROPERTIES, LTD., WE HEREFORD LTD., WE HEREFORD, LLC D/B/A WHITE ENERGY HEREFORD, INC., WHITE ENERGY, INC., AND WHITE ENERGY PARTNERS, LLC, recover their costs of this appeal from appellant, TRA TELLIGMAN, TRUSTEE OF THE TRA TELLIGMAN FAMILY IRREVOCABLE TRUST.

Judgment entered this 13th day of March, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE